David Henderson
Law Offices of David Henderson
P.O. Box 2441
Bethel, Alaska  99559
Phone:  907-543-7891
Fax:  907-543-1924

Attorney for Plaintiffs

RECEIVED
JUN 1 5 2010
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANDREA AYULUK, ERIC AYULUK, AND AS PARENTS AND NEXT FRIEND OF A.A., A MINOR CHILD,<br><br>      Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case no. A 10 - ____ Civil |

**COMPLAINT**

COMES NOW Plaintiffs, and their cause of action against the United States of America states as follows:

**I. Jurisdiction**

1. At all times relevant hereto, the Plaintiffs Eric Ayuluk and Andrea Ayuluk were residents of Chevak, Alaska. They are the parents of A.A., a minor child.

2. This cause of action arises under the Federal Tort Claims Act 28 U.S.C. sec. 1346, 2401, and 2671 et seq.

3. At all times relevant hereto, the Yukon Kuskokwim Heath Center, and its heath care employees were agents of the United States of America.

4. Each of the employees and entities named above were acting within the scope of their employment and/or agency at the time of the events described herein.

5. More than six months ago, the claims set forth herein were presented to the United Stated Department of Health and Human Services, Public Health Services. Since the agency has failed to make a final disposition of the claims within that time period, plaintiffs deems such failure to be a denial of their claims pursuant to 28 U.S.C. sec 2675.

6. Based on paragraphs 1-6 above, this court has jurisdiction over the claims asserted herein.

## II. Facts

7. On or about February 23, 2009, A.A. was medically transported from Chevak, Alaska to Bethel, Alaska to be treated at the Yukon Kuskokwim Health Center. A.A. was "very sick," had a high fever, was "unresponsive", "floppy" and had involuntary flexion of knees with lifting of head. Even though meningitis was is mentioned in the records, no lumbar puncture was initially done to confirm the diagnosis. The initial blood results were cultured and lost. A.A. later

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska 99559
Phone: (907) 543-7891
Fax: (907) 543-1924

developed seizures, had two inadvertent extubations and desatuations, was diagnosed with meningitis, and was transferred to the Alaska Native Medical Center for further treatment.

8. A.A. has suffered hearing loss and brain damage, and has long term health problems.

### III. Allegation of Negligence

9. Plaintiff incorporates the allegations set forth in Paragraph 1-8.

10. Agents and/or employees of the Yukon Kuskokwim Heath Corporation have failed to exercise the degree of care ordinarily exercised under the circumstances by health care providers in their field or specialty by failing to properly diagnose and treat A.A.'s meningitis.

11. As a direct and proximate cause of the negligent care and conduct of employees and/or agents of the Yukon Kuskokwim Health Corporation, A.A. sustained personal injury and losses including, but not limited to the following:

    A. Past and future pain and suffering.

    B. Past and future medical expenses.

    C. Past and future lost earning capacity.

    D. Any other relief courts deems just and proper.

12. Plaintiffs re-allege and incorporates herein, as though they were set out in full, all allegations of the preceding paragraphs of the complaint and further allege that Andrea Ayuluk and Eric Ayuluk, as the parents of A.A. suffered damages which include the negligent infliction of emotional distress, pain and suffering, severe distress, as well as loss of consortium, loss of enjoyment of life and other non-economic losses.

Wherefore, Plaintiffs prays for relief as this Court deems just and proper.

DATED this 10 day of June, 2010, at Bethel, Alaska.

LAW OFFICES OF DAVID HENDERSON
Attorney for the Plaintiffs

David Henderson #9806014

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska 99559
Phone: (907) 543-7891
Fax: (907) 543-1924