KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Bryan.Wilson@usdoj.gov
Florida No. 0604501

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANDREA AYULUK, ERIC AYULUK, and as Parent and Next Friend of A.A., a Minor Child,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | Case No. 3:10-cv-00129-JWS<br><br>**NOTICE REGARDING SETTLEMENT** |

The United States, through counsel, notifies the Court that the parties have reached a tentative negotiated settlement of the claims in this action. A notice and stipulation for dismissal will be filed after the parties complete the settlement documents and proceedings, which is expected to take no more than 60 days.  The

parties ask that the Court retain jurisdiction during this 60 day period. The parties further request that the trial currently scheduled for February 11, 2013, be vacated, along with all associated pretrial deadlines.

RESPECTFULLY SUBMITTED January 8, 2013, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ E. Bryan Wilson
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2013,
a copy of the foregoing was served via
U.S. Mail on:

David Henderson
Law Offices of David Henderson
P.O. Box 2411
Bethel, Alaska 99559

s/ Bryan Wilson

*Ayuluk v. United States*
Case No. 3:10-cv-00129-JWS                2