KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Bryan.Wilson@usdoj.gov
FL Bar No. 0604501

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANDREA AYULUK, ERIC AYULUK, and as Parent and Next Friend of A.A., a Minor Child, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:10-cv-00129-SLG <br><br><br><br> **STIPULATION FOR DISMISSAL** |

The parties, through counsel, notify the Court that this case has settled, settlement funds have been paid, and that they stipulate to a dismissal with prejudice, each party to bear their own attorneys fees and costs.

RESPECTFULLY SUBMITTED April 22, 2013 at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ E. Bryan Wilson
Assistant U.S. Attorney
Attorney for Defendant


LAW OFFICES OF DAVID HENDERSON

s/ David Henderson (Consent)
Attorney for Plaintiff
P.O. Box 2441
Bethel, AK 99559
Telephone: 907-543-7891
Fax: 907-543-1924

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2013,
a copy of the foregoing was served via
U.S. Mail on:

David Henderson
Law Offices of David Henderson
P.O. Box 2411
Bethel, Alaska 99559

s/ Bryan Wilson

*Ayuluk v. United States*
Case No. 3:10-cv-00129-SLG                 2