IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANDREA AYULUK, ERIC AYULUK, and as Parent and Next Friend of A.A., a Minor Child,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 3:10-cv-00129-SLG<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

The Parties' Stipulation for Dismissal is GRANTED.

This matter is dismissed with prejudice, each party to bear its own costs and attorney fees.

Dated: April 23, 2013

　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　U.S. District Court Judge